COWART, Respondent, v. TREVOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Thomas E. Cowart against William Trevor.

PER CURIAM. The evidence respecting the genuineness of the signature to the letter is so conflicting, and the circumstances in connection with the proof thereof are such that we think the interests of justice require a new

trial. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event.